4548.  HAINES et al. v. PATRICK.

HILL, C. J.  Where a case is here on exceptions to a judgment overruling a motion for a new trial, based on the general grounds, and no question of law is raised by the record, the only questions being issues of fact, on which the evidence was in conflict, this court can not interfere.

*Judgment affirmed.*

DECIDED MARCH 18, 1913.

Complaint; from city court of Monticello—Judge Thurman. October 26, 1912.

A. Y. Clement, for plaintiffs in error.  Greene F. Johnson, contra.